[No. 66375-5-I.   Division One.   May 7, 2012.]

TIM MCCLINCY ET AL., *Respondents*, v. MILLER ROOFING ENTERPRISES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-06720-1, Julie A. Spector, J., entered December 7, 2010. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[No. 66647-9-I.   Division One.   May 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DYLAN HARRIS PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00399-2, Nelson E. Hunt, J., entered December 9, 2009. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Dwyer and Lau, JJ.

[Nos. 40119-3-II; 40122-3-II.   Division Two.   May 8, 2012.]

*In the Matter of the Parentage and Support of* T.H.B.

CLYDE REED, *Petitioner*, v. CATHERINA BROWN, *Respondent*.

CATHERINA YVETTE BROWN, *Respondent*, v. CLYDE HARRISON REED, JR., *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 07-3-03417-9, John R. Hickman, J., entered November 9, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Hunt, J.